01
02
03
04
05
06           UNITED STATES DISTRICT COURT
            WESTERN DISTRICT OF WASHINGTON
07                      AT SEATTLE

08 | UNITED STATES OF AMERICA,       )
                                     )  CASE NO. MJ 10-067
09 |      Plaintiff,                 )
                                     )
10 |      v.                         )
                                     )  DETENTION ORDER
11 | PRESTON RICHARDSON,             )
                                     )
12 |      Defendant.                 )
   |_____    )
13

14 Offense charged:     Failure to Register and Update Sex Offender Registration

15 Date of Detention Hearing:   May 11, 2010

16      The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and

17 based upon the factual findings and statement of reasons for detention hereafter set forth, finds

18 that no condition or combination of conditions which defendant can meet will reasonably assure

19 the appearance of defendant as required and the safety of other persons and the community.

20      FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

21      (1)    Defendant is charged with failing to register and update his sex offender

22 registration, having been conviction of Rape of a Child in the First Degree in 2000.

DETENTION ORDER                                                                        PAGE 1

(2) Defendant does not contest detention. He was not interviewed by Pretrial Services and most of his background information is not known or verified. He has a lengthy criminal record which includes failures to appear and bench warrant activity. He has made statements to law enforcement indicating that he had been traveling to avoid arrest.

(3) Defendant poses a risk of nonappearance due to lack of verified background information, warrant activity, an alleged intention to evade arrest, pending matters in other jurisdictions, and a history of failing to appear. He poses a risk of danger due to the nature of the offense and criminal history.

(4) There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

01     (4)    The clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

04     DATED this 11th day of May, 2010.

*/s/ Mary Alice Theiler*
Mary Alice Theiler
United States Magistrate Judge